IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LLOYD LONDON                                                                  PLAINTIFF

v.                              4:07CV00670JMM/HLJ

GLYN DALE REECE, et al.                                                  DEFENDANTS

## ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as defendants are located there and the events complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, Fort Smith Division, 1038 Isaac C. Parker Federal Building, 30 S. 6th Street, P.O. Box 1547, Fort Smith, AR 72902-1547.

IT IS SO ORDERED this 20th day of August, 2007.

_____
United States District Judge

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.

Dockets.Justia.com